**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JAMES SAYLOR, #323279                  :

   Petitioner                                         :

       v.                                              :        Civil Action No. PJM-06-2648

PAUL B. O'FLAHERTY, et al.           :

   Respondents                                ..o0o..

## MEMORANDUM OPINION

     Pending is a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 filed by Petitioner pro se James Saylor, a state prisoner incarcerated at the Maryland Correctional Training Center, in which he challenges his convictions from 2004 in the Circuit Court for Prince George's County for robbery with a dangerous and deadly weapon and conspiracy to commit robbery. Respondents, J. Joseph Curran, Attorney General of the State of Maryland and Paul B. O'Flaherty, Warden of the Maryland Correctional Training Center, through counsel, have moved to dismiss the petition for failure to exhaust available state remedies. Petitioner has replied by filing a pleading titled "Motion for Reconsideration" in which he asks to withdraw his habeas petition without prejudice because he was "ignorant to the guidelines pertaining to exhaustion...." Paper No. 7.

     The Court will construe the request as a Motion to Voluntarily Dismiss pursuant to Fed. R. Civ. P. 41. The Court will grant the Motion, and dismiss the Petition without prejudice to refiling after exhaustion of state remedies. Petitioner is cautioned to be mindful of the one-year limitations period applicable to 28 U.S.C. § 2254 petitions if he intends to seek federal habeas corpus relief after he exhausts available state avenues of relief.[1]

 

January 12, 2007
                                                  /s/
                                    PETER J. MESSITTE
                                    UNITED STATES DISTRICT JUDGE

---

[1] The Clerk will mail a 28 U.S.C. information and forms packet to Petitioner in the event he intends to refile the petition at a later date. The Court does not, as Petitioner requests, hold habeas petitions that have been dismissed without prejudice "sub curia." Petitioner must refile his § 2254 petition within the one-year limitations period.